467 A.2d 49

Commonwealth ex rel., Brown, v. Cleaver.

Appeal of: Stephen Brown.

Argued June 8, 1982.

Joseph P. Green, Jr., Assistant Public Defender, for appellant; Clarence A. Dickerson and John S. Halsted, for Brown, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.

467 A.2d 49

Hunter, Appellant v. Hunter.

Argued March 29, 1983. Thomas Allen J. Crawford, Jr., for appellant; Robert Raphael, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.